COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

James Lee Burks, III
Camp D/Hawk 4L-14 DOC No. 475138
Louisiana State Prison
Angola LA 70712

**REHEARING ACTION: January 27, 2016**

**Docket Number: 15   00612-KH**

**STATE OF LOUISIANA
VERSUS
JAMES LEE BURKS, III**

**Writ Application from Calcasieu Parish Case No. 15911-11, 37725-11**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Sylvia R. Cooks
   Hon. Jimmie C. Peters
   Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **James Lee Burks, III** is:

   **REHEARING DENIED.**  Uniform Rules – Courts of Appeal, Rule
   2-18.7

cc: John Foster DeRosier, Counsel for  the Respondent